IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROJECT LEADERSHIP ASSOCIATES, INC., | ) | Hon. Sharon Johnson Coleman |
| Plaintiff-Counter Defendant, v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| TELEPATHY, INC., | ) | |
| Defendant-Counter Plaintiff. | ) | Case No. 1:10-cv-05810 |

### JOINT STIPLATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(ii)

All matters in controversy having been resolved to the satisfaction of the parties, Plaintiff-Counter Defendant Project Leadership Associates, Inc., and Defendant-Counterplaintiff Telepathy, Inc., by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal WITH PREJUDICE of the above-captioned cause, including all claims and counterclaims brought or that could have been brought herein, with no right of appeal.

It is further stipulated that each party shall bear its own attorneys fees and costs.

DATED: March 30, 2011                                    Respectfully submitted,

PLAINTIFF AND COUNTERDEFENDANT
PROJECT LEADERSHIP ASSOCIATES, INC.

By: *[signature]*
One Of Its Attorneys

Michael J. Femal
mfemal@mcdonaldhopkins.com
McDonald Hopkins
300 North LaSalle Street
Suite 2100
Chicago, IL 60654
(312) 280-0111 (Phone)

DEFENDANT AND COUNTERPLAINTIFF
TELEPATHY, INC.

By: *[signature]*
One Of Its Attorneys

David L. Applegate (#3122573)
dla@willmont.com
Williams Montgomery & John Ltd.
Willis Tower, Suite 6100
233 South Wacker Drive
Chicago, IL 60606
(312) 855-4851 (Ph)/(312) 630-8578 (Fax)