# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Project Leadership Associates, Inc.

                          Plaintiff,

v.                                        Case No.: 1:10–cv–05810

                                                Honorable Sharon Johnson Coleman

Telepathy, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:The parties having filed on 4/5/2011 a Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii),the case is hereby dismissed. Civil case terminated. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.